**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

m 00-60812

CLAUDE RUFUS HUTCHINS,

Petitioner,

VERSUS

UNITED STATES PAROLE COMMISSION,

Respondent.

Appeal from the Determination of the
United States Parole Commission
m 02512-180

November 19, 2001

Before BALDOCK,[*] SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[**]

In this prisoner transfer treaty case, Hutchins appeals his release date

determination made by the United States Parole Commission pursuant to 18

---

[*] Circuit Judge of the Tenth Circuit, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.C. § 4106A(b)(1)(A). Hutchins claims that the Parole Commission improperly considered Hutchins' need for rehabilitation in setting his release date in violation of 28 U.S.C. § 994(k) and 18 U.S.C. § 3582(a). We have reviewed the briefs and applicable portions of the record and have heard the arguments of counsel. We conclude that the United States Parole Commission committed no reversible error.

The judgment, accordingly, is AFFIRMED.